NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE XOFT, INC.,**
*Petitioner.*

---

Miscellaneous Docket No. 983

---

On Petition for Writ of Mandamus to the United States District Court for the District of Delaware in case no. 10-CV-308, Judge Leonard P. Stark.

---

**ON PETITION**

---

**O R D E R**

Xoft, Inc. submits a petition for a writ of mandamus to direct the United States District Court for the District of Delaware to vacate its order denying Xoft's motion to transfer venue, and to direct the Delaware district court to transfer the case to the United States District Court for the Northern District of California.

Upon consideration thereof,

IT IS ORDERED THAT:

Carl Zeiss Meditec, Inc. and Carl Zeiss Surgical GmbH are directed to respond no later than May 9, 2011.

FOR THE COURT

**APR 2 2 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: James W. Geriak, Esq.
    William J. Marsden, Jr., Esq.
    Clerk, United States District Court for the District of Delaware

s24

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**APR 2 2 2011**

**JAN HORBALY**
**CLERK**